

PAUL MANNES
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE:

ANTONIO F. PROCTOR                     Case No. 06-13116PM
                                       Chapter 13
      Debtor

## MEMORANDUM OF DECISION

This case is before the court on the Trustee's Limited Objection to Attorney Fees charged by Richard L. Gilman. The matter came before the court for hearing on February 6, 2007, and the court has carefully considered the arguments of the parties and the record herein.

The Disclosure of Compensation filed pursuant to Bankruptcy Rule 2016(b) contains the following paragraph:

> **$3,350, exclusive of any filing fees required by the Court, of which $2,500 is deemed earned and due the attorney as of the date on which the first confirmation hearing is scheduled. As of the date of this statement, debtor has paid $726 of $3,350.**

This paragraph is in obvious conflict with Rule 1.5 of the Maryland Lawyers Rules of Professional Conduct. Simply because counsel's Disclosure, and perhaps his fee agreement with his client, provides that a sum is deemed earned as of the date that the first confirmation hearing is scheduled does not make that so. An obvious exception is when counsel does not appear at hearings, a phenomenon not unusual with the counsel before the court. *See generally, Attorney Grievance Commission v. McLaughlin*, 813 A.2d 845 (Md. 2002).

The court will allow the total compensation sought, but the payments by the Trustee to counsel shall be at the rate of $100.00 per month.  Counsel for the Trustee shall submit an appropriate order.

cc:
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902
Richard L. Gilman, Esq., 8201 Corporate Drive, Suite 1140, Landover, MD 20785
United States Trustee, 6305 Ivy Lane, #600, Greenbelt  MD  20770
Antonio F. Proctor, 3017 Marquis Drive, Fort Washington, MD 20744

**End of Memorandum**